STATE OF NORTH CAROLINA v. DOC BREWINGTON

No. 518A82

(Filed 11 January 1983)

DEFENDANT appeals to this Court as a matter of right under G.S. 7A-30(2) (1981) to review the decision of the Court of Appeals. The opinion of *Judge Robert Martin,* with which *Chief Judge Morris* concurred and in which *Judge Becton* dissented in part, held there was no error in the trial court's: (1) denial of defendant's motion to dismiss based on insufficiency of the evidence, (2) admission of testimony concerning an offer by defendant's aunt to make restitution, or (3) denial of defendant's motion for mistrial based upon the admission of this testimony. 58 N.C. App. 650, 294 S.E. 2d 238 (1982). Judgment in the case was entered by *Cornelius, Judge,* on 2 July 1981 in Superior Court WAYNE County.

*Rufus L. Edmisten, Attorney General, by James Peeler Smith, Assistant Attorney General, for the State.*

*R. Gene Braswell and Tom Barwick for defendant.*

PER CURIAM.

The decision of the Court of Appeals is affirmed.

Affirmed.